IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

MAY - 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 1:23 CR 00249 |
| v. | ) ) | CASE NO. _____ |
| JERRINE HANNAH, | ) ) | Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 1951(a) |
| Defendant. | ) ) | |

**JUDGE LIOI**

COUNT 1
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

1. On or about November 3, 2022, in the Northern District of Ohio, Eastern Division, Defendant JERRINE HANNAH did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that Defendant did unlawfully take and obtain money or property in the custody, possession, and presence of employees of Burger King, 11002 Lorain Avenue, Cleveland, Ohio 44111, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Section 1951(a).

COUNT 2
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

2. On or about November 3, 2022, in the Northern District of Ohio, Eastern Division, Defendant JERRINE HANNAH did use, carry, and brandish a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of Title 18, United States Code, Section 1951(a) as charged in Count 1 of this indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT 3
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

3. On or about November 12, 2022, in the Northern District of Ohio, Eastern Division, Defendant JERRINE HANNAH did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that Defendant did unlawfully take and obtain money or property in the custody, possession, and presence of employees of Burger King, 11002 Lorain Avenue, Cleveland, Ohio 44111, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Section 1951(a).

<u>COUNT 4</u>
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

4. On or about December 10, 2022, in the Northern District of Ohio, Eastern Division, Defendant JERRINE HANNAH did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that Defendant did unlawfully take and obtain money or property in the custody, possession, and presence of employees of Burger King, 4123 Pearl Road, Cleveland, Ohio 44109, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Section 1951(a).

<u>COUNT 5</u>
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

5. On or about December 10, 2022, in the Northern District of Ohio, Eastern Division, Defendant JERRINE HANNAH did use, carry, and brandish a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of Title 18, United States Code, Section 1951(a) as charged in Count 4 of this indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 6
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

6. On or about March 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant JERRINE HANNAH did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that Defendant did unlawfully take and obtain money or property in the custody, possession, and presence of employees of Burger King, 22740 Lorain Road, Fairview Park, Ohio 44126, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 7
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

7. On or about March 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant JERRINE HANNAH did use, carry, and brandish a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of Title 18, United States Code, Section 1951(a) as charged in Count 6 of this indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4